# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK STRAUSSER,** | : | **No. 3:15cv2458** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **GERTRUDE HAWK CHOCOLATES, INC.,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 17th day of January 2017, plaintiff's motion seeking leave to file a second amended complaint (Doc. 26) is **GRANTED**. Plaintiff is directed to file his second amended complaint within seven (7) days.

        **BY THE COURT:**

        **s/ James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**