# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK STRAUSSER,<br>    **Plaintiff** | : | No. 3:15cv2458 |
| | : | |
| | : | (Judge Munley) |
|     v. | : | |
| | : | |
| GERTRUDE HAWK CHOCOLATE, INC.,<br>    **Defendant** | : | |

## ORDER

**AND NOW**, this 26th day of March 2018, it is hereby **ORDERED** as follows:

1. Defendant's motion for summary judgment (Doc. 46) on all counts and claims set forth in plaintiff's second amended complaint is hereby **GRANTED**, with prejudice and without costs; and

2. The Clerk of Court is directed to close this case.

                                **BY THE COURT:**

                                **s/James M. Munley**
                                **JUDGE JAMES M. MUNLEY**
                                **United States District Court**